UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYAN ROBERTS,<br><br>    Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No. 1:18-cv-05056<br><br>Honorable Judge Gary Feinerman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BRYAN ROBERTS, and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against, DIVERSIFIED CONSULTANTS, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 11, 2019

Respectfully Submitted,

**BRYAN ROBERTS**

/s/ Nathan C. Volheim
Nathan C. Volheim
Taxiarchis Hatzidmitriadis
Eric D. Coleman
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com
thatz@sulaimanlaw.com
ecoleman@sulaimanlaw.com

**DIVERSIFIED CONSULTANTS, INC.**

/s/ Andrew E. Cunningham (*with consent*)
Andrew E. Cunningham
*Counsel for Defendant*
Sessions, Fishman, Nathan & Israel, LLC
141 West Jackson Blvd, Suite 3550
Chicago, Illinois 60604
acunningham@sessions.legal
Phone: (630) 575-8181

**CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                            s/ Nathan C. Volheim\_\_\_\_\_
                                                             Nathan C. Volheim